UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIHAL ERKAN, on behalf of herself and all
Others similarly situated,

                 Docket No. 23-cv-09553

                 Plaintiffs,

         -against-                 **NOTICE OF MOTION**

DAVID A. HIDALGO, M.D., P.C.,

                 Defendant.
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated July 15, 2024, the Affidavit of Brandon Shaw, sworn to on July 12, 2024, the Affidavit of David A. Hidalgo, M.D., sworn to on July 11, 2024, and the Affirmation of David S. Feather, dated July 15, 2024, along with all exhibits annexed thereto, and all pleadings, papers, and proceedings filed in this action, Defendant will move this Court before the Honorable District Court Judge Frederick Block at the U.S. Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be designated by the Court, for an Order pursuant to the Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the First Amended Complaint in its entirety, and for such other and further relief as the Court deems just and proper.

1

As per the Parties' Agreement, Plaintiff's opposition papers, if any, shall be served upon the undersigned on or before August 19, 2024.

Dated: Garden City, New York
July 15, 2024

Yours, etc.,

David S. Feather, Esq.
FEATHER LAW FIRM, P.C.
Attorneys Defendant
666 Old Country Road – Suite 509
Garden City, New York 11530
(516) 745-9000

TO: Mars Khaimov, Esq.
MARS KHAIMOV LAW, PLLC
Attorneys for Plaintiffs
100 Duffy Avenue – Suite 510
Hicksville, New York 11801
(929) 324-0717

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK  Docket No. 23-cv-09553

NIHAL ERKAN, on behalf of herself and all
Others similarly situated,

                Plaintiffs,

         -against-

DAVID A. HIDALGO, M.D., P.C.,

                Defendant.

## NOTICE OF MOTION

Feather Law Firm, P.C.
*Attorneys for Defendant*
666 Old Country Road, Suite 509
Garden City, New York 11530
(516) 745-9000
fax (516) 908-3930

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated: July 15, 2024*

                                            David S. Feather