EXHIBIT D

**Nihal Erkan is a plaintiff in 51 cases.**

| | | |
|---|---|---|
| 23-cv-05970-HG | Erkan v. American Academy of Pet Grooming, Inc. | Filed 08/07/23 |
| 23-cv-05971-MKB-SJB | Erkan v. LaDuca Shoes US, LLC | Filed 08/07/23 |
| 23-cv-06024-HG | Erkan v. Bella Bridesmaids Franchise Group, LLC | Filed 08/09/23 |
| 23-cv-06240-RER-TAM | Erkan v. 530 Hospitality, LLC | Filed 08/18/23 |
| 23-cv-06241-RER-VMS | Erkan v. Blue & Cream, LLC | Filed 08/18/23 |
| 23-cv-06243-NGG-TAM | Erkan v. FOX Lifestyle Hospitality, LLC | Filed 08/31/23 |
| 23-cv-06532-FB-PK | Erkan v. Altman Luggage Co., LLC | Filed 08/31/23 |
| 23-cv-06533-CBA-VMS | Erkan v. Brooklyn Crab, LLC | Filed 08/31/23 |
| 23-cv-06537-MB-VMS | Erkan v. Watchfinder North America, Inc. | Filed 08/31/23 |
| 23-cv-06707-NCM-SJB | Erkan v. Bill Blass Group, LLC | Filed 09/08/23 |
| 23-cv-06973-RER-SJB | Erkan v. Alexis Bittar, LLC | Filed 08/21/23 |
| 23-cv-06975-RPK-SJB | Erkan v. Blum's Corset Shop of Patchogue, Inc. | Filed 09/21/23 |
| 23-cv-06977-BMC | Erkan v. Erstwhile Jewelry Corp. | Filed 09/21/23 |
| 23-cv-06978-PKC-CLP | Erkan v. Estelle's Dressy Dresses, Inc. | Filed 09/21/23 |
| 23-cv-07298-NRM-MMH | Erkan v. Amazing Smiles Orthodontics, P.C. | Filed 09/29/23 |
| 23-cv-07506-DLI-CLP | Erkan v. Center Blvd Restaurant, LLC | Filed 10/05/23 |
| 23-cv-07506-DLI-CLP | Erkan v. Kolker | Filed 10/06/23 |
| 23-cv-07507-BMC | Erkan v. Jennifer Levine, MD, PLLC | Filed 10/06/23 |
| 23-cv-07651-RER-PK | Erkan v. Art to Frames, Inc. | Filed 10/13/23 |
| 23-cv-07651-OEM-SJB | Erkan v. Cerini Coffee Services, Inc. | Filed 10/13/23 |

| | | |
|---|---|---|
| 23-cv-07652-EK-TAM | Erkan v. Yo Fresh, Inc. | Filed 10/13/23 |
| 23-cv-07671-BMC | Erkan v. Beth Warren Nutrition, LLC | Filed 10/13/23 |
| 23-cv-07817-DLI-LB | Erkan v. Little Folks Shop 123 East, Inc. | Filed 10/19/23 |
| 23-cv-08255-NGG-CLP | Erkan v. Canal Plastics Center, Inc. | Filed 11/07/23 |
| 23-cv-08265-NRM-JAM | Erkan v. The Smilist Management, Inc. | Filed 11/07/23 |
| 23-cv-09382-KAM-VMS | Erkan v. Bklyn Clay IP, LLP | Filed 12/20/23 |
| 23-cv-09553-FB-LB | Erkan v. David A. Hidalgo, M.D., P.C. | Filed 12/28/23 |
| 23-cv-09557-FB-TAM | Erkan v. Edward S. Kwak, MD Facial Plastic Surgery, P.C. | Filed 12/23/23 |
| 23-cv-09559-MMH | Erkan v. Millennial Plastic Surgery, PLLC | Filed 12/28/23 |
| 24-cv-00280-MMH | Erkan v. Sherwin K. Parikh MD, P.C. | Filed 01/12/24 |
| 24-cv-00413-DG-JAM | Erkan v. Front General Store, LLC | Filed 01/19/24 |
| 24-cv-00414-EK-CLP | Erkan v. New London Pharmacy, Inc. | Filed 01/19/24 |
| 24-cv-00416-JAM | Erkan v. Victoria A. Intl, LLC | Filed 01/19/24 |
| 24-cv-00796-TAM | Erkan v. Aviannes, Inc. | Filed 02/02/24 |
| 24-cv-01041-RER-RML | Erkan v. Rubin-Lobo, LLC | Filed 02/09/24 |
| 24-cv-01044-RML | Erkan v. Twenty-Two Desserts, Inc. | Filed 02/09/24 |
| 24-cv-01746-EK-JRC | Erkan v. Dor L'Dor, Inc. | Filed 03/08/24 |
| 24-cv-01747-MKB-VMS | Erkan v. Eric Shoes, Inc. | Filed 03/08/24 |
| 24-cv-01749-NRM-JAM | Erkan v. The Brass Owl, LLC | Filed 03/08/24 |
| 24-cv-02136-NG | Erkan v. Erie Basin, LLC | Filed 03/25/24 |
| 24-cv-02137-NRM-TAM | Erkan v. Essence De Beaut, Inc. | Filed 03/25/24 |
| 24-cv-02139-LDH-SJB | Erkan v. J. Mendel, Inc. | Filed 03/25/24 |

| 24-cv-02140-AMD-VMS | Erkan v. Japparel, Inc. | Filed 03/25/24 |
| 24-cv-02141-NGG-MMH | Erkan v. New York Dress Online, LLC | Filed 03/25/24 |
| 24-cv-02142-NGG-RML | Erkan v. Noho Hospitality, LLC | Filed 03/25/24 |
| 24-cv-02143-CBA-LB | Erkan v. The Bird House Group, LLC | Filed 03/25/24 |
| 24-cv-02144-NRM-VMS | Erkan v. The Current Roll Shop By Allans Bakery, LLC | Filed 03/25/24 |
| 24-cv-02145-RML | Erkan v. The Kitchen Clique, Inc. | Filed 03/25/24 |
| 24-cv-03168-KAM-MMH | Erkan v. Extra Space Storage, Inc. | Filed 04/29/24 |
| 24-cv-03169-DG-JRC | Erkan v. John Brown BBQ, LLC | Filed 04/29/24 |
| 24-cv-03170-DG-MMH | Erkan v. Long Island City Kleaners, LLC | Filed 04/29/24 |