**EXHIBIT A**



# Instagram

Log In    Sign Up



**drdavidhidalgo**     Follow    Message    …

310 posts    24.9K followers    4,113 following

**Dr David Hidalgo**
New York City Plastic Surgeon & Visual Artist
🏅 Certified, American Board of Plastic Surgery
☎ 212-517-9777
655 Park Ave, New York, New York 10065
🔗 www.drdavidhidalgo.com

          

Rhinoplast... Breast Implants Do...ntime    Dr...ings    E...e    Face Lifts    Academics    Fam...    Patient Re...is "E...m... T...ks"Fam &

  



Upper & Lower Eyes — Clean & natural!

One year later!


Facelift

Rhinoplasty

Current Drawing:

g into Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

things to  Brookha\  Yelp for Business ⌄  Write a Review  Start a Project  Log In  Sign Up

Restaurants ⌄  Home Services ⌄  Auto Services ⌄  More ⌄

# David A Hidalgo, MD, FACS

 4.5 (11 reviews)

✅ Claimed • **Cosmetic Surgeons, Plastic Surgeons**

Closed  9:00 AM - 5:00 PM   See hours

Write a review    📷 Add photo    ⬆ Share    🔖 Save

**drdavidhidalgo.com**

(212) 517-9777

**Get Directions**
655 Park Ave New York, NY 10065

**Message the business**

✏ Suggest an edit

## Photos & videos

See all 3 photos →

 

Add p

### You Might Also Consider
Sponsored ⓘ


**Neinstein Plastic Surgery**
4.9 (161 reviews)
0.5 miles

Neinstein Plastic Surgery specializes in minimally inv liposuction, skin… read more


**Stephen T. Greenberg, MD**
3.7 (19 reviews)
0.3 miles

"I went to the office of Dr Greenberg about 3 months Coolsculpting. I met…" read more

## Services Offered

Virtual Consultations

## Review Highlights

"My **consult** was very direct , no grey areas which I like, although the Doctor was willing not answer any questions or concerns I might have had." in 2 reviews

"J as well as the **anesthesiologist** were beyond comforting, competent and professional." in 2 reviews

## You Might Also Consider   Sponsored ⓘ


**Plastic Surgery Of Westchester**
4.7 (15 reviews)   📍 18.6 miles away from David A Hidalgo, MD, FACS

Loreal P. said "I came here after a very unfortunate facial treatment experience that I had at another place in Manhattan. My face got so swollen after the procedures that I had to see a medical specialist. I drove to Plastic Surgery of Westchester…" read more
in Cosmetic Surgeons


**New York Center for Facial Plastic Surgery**
📍 12.8 miles away from David A Hidalgo, MD, FACS





# Dr. David A. Hidalgo, MD
Plastic Surgeon

✓ Now Accepting New Patients

(212) 517-9777

View Website                           View Locations

**OVERVIEW**        AWARDS & CREDENTIALS        INSURANCE        HOSPITAL

## ABOUT DR. DAVID A. HIDALGO

**PROFESSIONAL STATEMENT**

Chat