**EXHIBIT A**



# Accessibility Adjustments

- Reset Settings
- Statement
- Hide Interface

Unclear content? Search in dictionary...

## Choose the right accessibility profile for you

**Seizure Safe Profile** — OFF / ON
Clear flashes & reduces color

**Vision Impaired Profile** — OFF / ON
Enhances website's visuals

**ADHD Friendly Profile** — OFF / ON
More focus & fewer distractions

**Cognitive Disability Profile** — OFF / ON
Assists with reading & focusing

**Keyboard Navigation (Motor)** — OFF / ON
Use website with the keyboard

This profile enables motor-impaired persons to operate the website using the keyboard Tab, Shift+Tab, and the Enter keys. Users can also use shortcuts such as "M" (menus), "H" (headings), "F" (forms), "B" (buttons), and "G" (graphics) to jump to specific elements.

**Note:** This profile prompts automatically for keyboard users.

**Blind Users (Screen Reader)** — OFF / ON
Optimize website for screen-readers

This profile adjusts the website to be compatible with screen-readers such as JAWS, NVDA, VoiceOver, and TalkBack. A screen-reader is software that is installed on the blind user's computer and smartphone, and websites should ensure compatibility with it.

**Note:** This profile prompts automatically to screen-readers.

## Content Adjustments

Content Scaling

Web Accessibility By accessiBe — Learn More