# EXHIBIT B

accessScan

Sat Jun 1, 2024

Scan results for **drdavidhidalgo.com**

# Compliant

Great news! Based on our scan, your webpage is accessible and conforms with WCAG standards.

accessWidget is detected on the website

Thank you for making your website accessible and inclusive for all users with accessiBe

WCAG & AODA
COMPLIANCE

3%

**Congratulations!**
Your website is among the 3% of inclusive and accessible websites globally. Well done!

Inclusive websites  Not inclusive websites

In the report you'll find the results for dozens of tests focusing mainly on these categories:

- **Screen-reader** adjustments (blind users)
- **Keyboard navigation** adjustments (motor impaired)
- **UI, design and readability** adjustments (vision impaired)

Score: 100

This audit is subjected to the terms of service

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 1 | Elements that behave as buttons but are built using other tags such as span, div, a or others, should include a "role" attribute that equals to "button". | Yes | 9 | 0 | 100 |

**Successful Elements**

```
<a href="#" class="menu-link " data-custom-button-processed="true" data-acsb-menu="a" role="button" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden="true" ></span><span class ...
```

```
<a class="slider-prev " href="#" role="button" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >previous</span><div class="fl-content-slider-svg-container"><svg version="1.1" xmlns="http://www....
```

```
<a class="slider-next " href="#" role="button" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >next</span><div class="fl-content-slider-svg-container"><svg version="1.1" xmlns="http://www.w3.o ...
```

```
<a href="#" data-custom-button-processed="true" role="button"><span class="sbi_more " style=";background-color:#ffffff!important;color:#000000!important;"> ... </span></a>
```

```
<a class="sbi_load_btn " href="javascript:void(0);" style="undefined;background:rgb(243,244,245);background-color:#ffffff!important" data-button-hover="#E8E8EB" data-custom-button-processed="true" data-acsb-original-style="background: rgb(243,24 ...
```

```
<a href="#" class="menu-link " data-custom-button-processed="true" data-acsb-menu="a" role="button" data-acsb-menu-root-link="true" style=";background-color:#ffffff!important;color:#000000!important;">Testimonials</a>
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 2 | Buttons should include text explaining their functionality, and if icons are used as buttons, a screen-reader only text or an "aria-label" attribute should be used for that description. | Yes | 9 | 0 | 100 |

**Successful Elements**

```
<a href="#" class="menu-link " data-custom-button-processed="true" data-acsb-menu="a" role="button" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden="true" ></span><span class ...
```

```
<a class="slider-prev " href="#" role="button" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >previous</span><div class="fl-content-slider-svg-container"><svg version="1.1" xmlns="http://www....
```

```
<a class="slider-next " href="#" role="button" data-custom-button-processed="tru
e"><span data-="true" " data--position="before" aria-hidden="false" >next</span><
div class="fl-content-slider-svg-container"><svg version="1.1" xmlns="http://www.
w3.o ...
```

```
<a href="#" data-custom-button-processed="true" role="button"><span class="sbi_mo
re " style=";background-color:#ffffff!important;color:#000000!important;"> ... </sp
an></a>
```

```
<a class="sbi_load_btn " href="javascript:void(0);" style="undefined;background:
rgb(243,244,245);background-color:#ffffff!important" data-button-hover="#E8E8EB"
data-custom-button-processed="true" data-acsb-original-style="background: rgb(24
3,24 ...
```

```
<a href="#" class="menu-link " data-custom-button-processed="true" data-acsb-menu
="a" role="button" data-acsb-menu-root-link="true" style=";background-color:#ffff
ff!important;color:#000000!important;">Testimonials</a>
```

| | | | | | |
|---|---|---|---|---|---|
| 3 | Links should include text that is setting expectations to what page they are leading to. If empty links are used as layout wrapping elements, a screen-reader only text or an "aria-label" attribute should be used for that description. | Yes | 52 | 0 | 100 |

**Successful Elements**

```
<a href="https://www.facebook.com/pages/David-A-Hidalgo-MD/1431329340415067" targ
et="_blank" data-acsb-tooltip="New Window" data-custom-button-processed="true"><s
pan data-="true" " data--position="before" aria-hidden="false" >facebook (opens i
n a ...
```

```
<a href="https://twitter.com/davidahidalgomd" target="_blank" data-acsb-tooltip
="New Window" data-custom-button-processed="true"><span data-="true" " data--posi
tion="before" aria-hidden="false" >twitter (opens in a new window)</span><svg ver
sion= ...
```

```
<a href="https://goo.gl/maps/nCMuLWcZLQcKTC5p8" target="_blank" data-acsb-tooltip
="New Window" data-custom-button-processed="true"><span data-="true" " data--posi
tion="before" aria-hidden="false" >google (opens in a new window)</span><svg vers
ion ...
```

```
<a href="https://www.youtube.com/channel/UCJZ68qnBhUXf_gMNNDdHyWw" target="_blan
k" data-acsb-tooltip="New Window" data-custom-button-processed="true"><span data-
="true" " data--position="before" aria-hidden="false" >youtube (opens in a new wi
ndow ...
```

```
<a href="https://www.instagram.com/drdavidhidalgo/" target="_blank" data-acsb-too
ltip="New Window" data-custom-button-processed="true"><span data-="true" " data--
position="before" aria-hidden="false" >instagram (opens in a new window)</span><s
vg ...
```

```
<a href="tel: (212) 517-9777" class="ma-block-telephone-text calltrack" data-custom-button-processed="true"><span class="fa-stack fa2x ma-telephone-class " style=";background-color:#ffffff!important;color:#000000!important;"><i class="fa-solid fa- ...
```

```
<a href="/contact/" class="ma-single-location-address" itemscope="" itemtype="https://schema.org/PostalAddress" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >contact - </span><span class="fa ...
```

```
<a href="https://www.drdavidhidalgo.com/" class="custom-logo-link" rel="home" aria-current="page" data-custom-button-processed="true"><img width="450" height="150" src="https://www.drdavidhidalgo.com/wp-content/uploads/2024/04/Hidalgo-Weinstein_Lo ...
```

```
<a href="https://www.drdavidhidalgo.com/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" data-acsb-tooltip="Use ←/→ to navigate" aria-current="page"><span class="ast-icon icon-arrow" aria-h ...
```

```
<a href="https://www.drdavidhidalgo.com/dr-hidalgo/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden= ...
```

| 4 | Links that open in a new tab or a new window should either have an "aria-label" attribute or a screen-reader only element explaining to screen-readers that this opens in a new tab. | Yes | 22 | 0 | **100** |
|---|---|---|---|---|---|

**Successful Elements**

```
<a href="https://www.facebook.com/pages/David-A-Hidalgo-MD/1431329340415067" target="_blank" data-acsb-tooltip="New Window" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >facebook (opens in a ...
```

```
<a href="https://twitter.com/davidahidalgomd" target="_blank" data-acsb-tooltip="New Window" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >twitter (opens in a new window)</span><svg version= ...
```

```
<a href="https://goo.gl/maps/nCMuLWcZLQcKTC5p8" target="_blank" data-acsb-tooltip="New Window" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >google (opens in a new window)</span><svg version ...
```

```
<a href="https://www.youtube.com/channel/UCJZ68qnBhUXf_gMNNDdHyWw" target="_blank" data-acsb-tooltip="New Window" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >youtube (opens in a new window ...
```

```
<a href="https://www.instagram.com/drdavidhidalgo/" target="_blank" data-acsb-tooltip="New Window" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >instagram (opens in a new window)</span><svg ...
```

```
<a href="https://www.instagram.com/drdavidhidalgo/" target="_blank" rel="noopener nofollow" data-acsb-tooltip="Follow @drdavidhidalgo on Instagram | New Window" data-custom-button-processed="true"> <span class="fl-heading-text " style=";backgrou ...
```

```
<a class="sbi_photo sbi_imgLiquid_bgSize sbi_imgLiquid_ready acsb-bg-image" target="_blank" rel="nofollow noopener" href="https://www.instagram.com/reel/C7cEZs0x-8l/" data-full-res="https://www.drdavidhidalgo.com/wp-content/uploads/sb-instagram-feed- ...
```

```
<a class="sbi_photo sbi_imgLiquid_bgSize sbi_imgLiquid_ready acsb-bg-image" target="_blank" rel="nofollow noopener" href="https://www.instagram.com/reel/C7XWOk0RucX/" data-full-res="https://www.drdavidhidalgo.com/wp-content/uploads/sb-instagram-feed- ...
```

```
<a class="sbi_photo sbi_imgLiquid_bgSize sbi_imgLiquid_ready acsb-bg-image" target="_blank" rel="nofollow noopener" href="https://www.instagram.com/p/C7FeUVQR988/" data-full-res="https://www.drdavidhidalgo.com/wp-content/uploads/sb-instagram-feed-ima ...
```

```
<a class="sbi_photo sbi_imgLiquid_bgSize sbi_imgLiquid_ready acsb-bg-image" target="_blank" rel="nofollow noopener" href="https://www.instagram.com/reel/C6hZkQERkAR/" data-full-res="https://www.drdavidhidalgo.com/wp-content/uploads/sb-instagram-feed- ...
```

| | | | | | |
|---|---|---|---|---|---|
| 5 | An H1 title provides information to blind-users using screen-readers of what the main topic of the page is and each page should have exactly one H1 title. | No | 0 | 0 | |
| 6 | HTML title elements (H1-6) should have texts. If images or links are used, they should include an alternative or screen-reader only text. | Yes | 10 | 0 | **100** |
| 7 | Elements that visually appear as titles but are coded with a non-heading HTML Tag should include a "role" attribute that equals to "heading" or have their tags fixed. | Yes | 2 | 0 | **100** |

**Successful Elements**

```
<p >“Every day is game day in my operating room - a perfect effort, for every patient, every time.”</p>
```

```
<p >Monday - Friday</p>
```

| | | | | | |
|---|---|---|---|---|---|
| 8 | Title levels should not be skipped and should be built with consistent hierarchy. For example: you cannot have "h4" titles and "h2" titles without having "h3" titles. | No | 0 | 0 | |
| 9 | Interactive elements such as links, buttons and form fields should all be navigable using the keyboard by either using a focusable element (a, button, input, etc.) or including the "tabindex" attribute that equals to "0". | Yes | Pass | - | **100** |
| 10 | Interactive elements that can be navigated using the keyboard should be surrounded by a visual outline whenever they are focused. | Yes | Pass | - | **100** |
| 11 | Active popups should include an "aria-modal" attribute that equals to "true", and a "role" attribute that equals to "dialog", so screen-reader users know how to navigate within it. | No | 0 | 0 | |
| 12 | Every page should include hidden links that by clicking on them (either using keyboard navigation or a screen-reader), the user will "skip" certain blocks directly to main landmarks such as main content, menu or footer. | Yes | Pass | - | **100** |
| 13 | Elements that are hidden using CSS manipulations (opacity, height, text-indent, off-canvas, etc.) should be wrapped inside an element with an "aria-hidden" attribute that equals to "false", or include it directly, and have it dynamically changed to "true" when they become visible. | No | 0 | 0 | |
| 14 | Elements that are hidden using CSS manipulations (opacity, height, text-indent, off-canvas, etc.) should include a "tabindex" attribute that is below 0, and have it dynamically changed to 0 when they become visible. | No | 0 | 0 | |
| 15 | Menus should either be built using the HTML5 "nav" element or include a "role" attribute that equals to "menu" or "navigation" to indicate a navigation landmark for screen-readers. | Yes | 2 | 0 | **100** |

**Successful Elements**

```
<nav class="site-navigation ast-flex-grow-1 navigation-accessibility site-header-focus-item" id="primary-site-navigation-desktop" aria-label="Site Navigation: MainMenu" itemtype="https://schema.org/SiteNavigationElement" itemscope="itemscope" role="p ...
```

```
<nav class="site-navigation ast-flex-grow-1 navigation-accessibility footer-navigation" id="footer-site-navigation" aria-label="Site Navigation: Footer Menu" itemtype="https://schema.org/SiteNavigationElement" itemscope="itemscope" role="presentation ...
```

| 16 | Menu items that have a dropdown menu include an "aria-haspopup" attribute that equals to "true". | Yes | 6 | 0 | 100 |
|---|---|---|---|---|---|

Successful Elements

```
<a href="https://www.drdavidhidalgo.com/dr-hidalgo/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden= ...
```

```
<a href="https://www.drdavidhidalgo.com/about-dr-weinstein/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria ...
```

```
<a href="/our-staff/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden="true" ></span><span class="me ...
```

```
<a href="https://www.drdavidhidalgo.com/aesthetic-procedures/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" ar ...
```

```
<a href="https://www.drdavidhidalgo.com/before-after-patient-photos/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-ar ...
```

```
<a href="#" class="menu-link " data-custom-button-processed="true" data-acsb-menu="a" role="button" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden="true" ></span><span clas ...
```

| 17 | Menu items that have a dropdown menu include an "aria-expanded" attribute that equals to "false" that changes to "true" and back when opening or closing the dropdown. | Yes | 6 | 0 | 100 |
|---|---|---|---|---|---|

Successful Elements

```
<a href="https://www.drdavidhidalgo.com/dr-hidalgo/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden= ...
```

```
<a href="https://www.drdavidhidalgo.com/about-dr-weinstein/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria ...
```

```
<a href="/our-staff/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden="true" ></span><span class="me ...
```

```
<a href="https://www.drdavidhidalgo.com/aesthetic-procedures/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" ar ...
```

```
<a href="https://www.drdavidhidalgo.com/before-after-patient-photos/" class="menu-link" data-custom-button-processed="true" data-acsb-menu="a" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-ar ...
```

```
<a href="#" class="menu-link " data-custom-button-processed="true" data-acsb-menu="a" role="button" data-acsb-menu-root-link="true" aria-haspopup="true" aria-expanded="false"><span class="ast-icon icon-arrow" aria-hidden="true" ></span><span clas ...
```

| | | | | | |
|---|---|---|---|---|---|
| 18 | Images should have an alternative text description that describes both the objects and the embedded text that the image contains, using the "alt" attribute. | Yes | 4 | 0 | 100 |

**Successful Elements**

```
<img width="450" height="150" src="https://www.drdavidhidalgo.com/wp-content/uploads/2024/04/Hidalgo-Weinstein_Logo-450×150.png" class="custom-logo" alt="Logo for aesthetic plastic surgery practice featuring names &quot;david hidalgo, md facs&quot; a ...
```

```
<img decoding="async" alt="5 Star Review for Dr. Hidalgo" width="1220" height="424" data-lazy-src="https://www.drdavidhidalgo.com/wp-content/uploads/2023/05/google-review-revised.png" class="entered lazyloaded" data-acsb-alt-candidate="Google review ...
```

```
<img width="663" height="588" src="https://www.drdavidhidalgo.com/wp-content/uploads/2020/10/01cropped.jpg.avif" alt="01cropped" data-lazy-src="https://www.drdavidhidalgo.com/wp-content/uploads/2020/10/01cropped.jpg" data-ll-status="loaded" class="en ...
```

```
<img src="https://www.drdavidhidalgo.com/wp-content/uploads/2020/10/sticky-logo.png" alt="sticky logo" width="650" height="93" data-lazy-src="https://www.drdavidhidalgo.com/wp-content/uploads/2020/10/sticky-logo.png" data-ll-status="loaded" class="en ...
```

| | | | | | |
|---|---|---|---|---|---|
| 19 | Background images that are not just for decoration purposes and should have the same treatment as standard images and include a "role" attribute that equals to "img" and an alternative text description in an "aria-label" attribute. | No | 0 | 0 | |

| 20 | Font icons, SVG or images that are being used as spacers, decorations or their purpose is already described by the content should include a "role" attribute that equals to "presentation" or "none". | Yes | 275 | 6 | 98 |
|---|---|---|---|---|---|

**Successful Elements**

```
<svg version="1.1" id="am-svg-facebook" class="am-social-svg am-social-facebook " x="0px" y="0px" viewBox="0 0 32 32" aria-hidden="true" data-acsb-hover="true" style=";background-color:#ffffff!important;color:#000000!important;" > <ellipse class="sv ...
```

```
<svg version="1.1" id="am-svg-twitter" class="am-social-svg am-social-twitter " x="0px" y="0px" viewBox="0 0 32 32" aria-hidden="true" data-acsb-hover="true" style=";background-color:#ffffff!important;color:#000000!important;" > <ellipse class="svg- ...
```

```
<svg version="1.1" id="am-svg-google" class="am-social-svg am-social-google " x="0px" y="0px" viewBox="0 0 32 32" aria-hidden="true" data-acsb-hover="true" style=";background-color:#ffffff!important;color:#000000!important;" > <ellipse class="svg-ci ...
```

```
<svg version="1.1" id="am-svg-youtube" class="am-social-svg am-social-youtube " x="0px" y="0px" viewBox="0 0 32 32" aria-hidden="true" data-acsb-hover="true" style=";background-color:#ffffff!important;color:#000000!important;" > <ellipse class="svg- ...
```

```
<svg version="1.1" id="am-svg-instagram" class="am-social-svg am-social-instagram " x="0px" y="0px" viewBox="0 0 32 32" aria-hidden="true" data-acsb-hover="true" style=";background-color:#ffffff!important;color:#000000!important;" > <ellipse fill= ...
```

```
<span class="fa-stack fa2x ma-telephone-class " style=";background-color:#ffffff!important;color:#000000!important;"><i class="fa-solid fa-mobile-screen fa-stack-1x ma-block-telephone-icon " style=";background-color:#ffffff!important;color:#000000!im ...
```

```
<i class="fa-solid fa-mobile-screen fa-stack-1x ma-block-telephone-icon " style=";background-color:#ffffff!important;color:#000000!important;"></i>
```

```
<span class="ast-icon icon-arrow" aria-hidden="true" ></span>
```

```
<span class="ast-icon icon-arrow" style="display: block;" data-acsb-original-style="display: block;" ></span>
```

```
<span class="ast-icon icon-arrow" ></span>
```

**Failed Elements**

```
<span class="fa-stack fa2x ma-map-mark-icon " style=";background-color:#ffffff!important;color:#000000!important;"><i class="fa-solid fa-location-dot fa-stack-1x ma-location-map-mark-icon " style=";background-color:#ffffff!important;color:#000000!imp ...
```

```
<i class="fa-solid fa-location-dot fa-stack-1x ma-location-map-mark-icon " style
=";background-color:#ffffff!important;color:#000000!important;"></i>
```

```
<span class="fl-icon"> <i class="fas fa-map-marker-alt"></i> </span>
```

```
<i class="fas fa-map-marker-alt"></i>
```

```
<span class="fl-icon"> <i class="fas fa-mobile-alt"></i> </span>
```

```
<i class="fas fa-mobile-alt"></i>
```

| | | | | | |
|---|---|---|---|---|---|
| 21 | Figure elements that are used to display images should have a "role" attribute that equals to "none" and the image provide itself should provide the description using an "alt" attribute. | Yes | 7 | 0 | 100 |

**Successful Elements**

```
<figure class="swiper-slide-inner use-as-background" role="none"> <picture decodi
ng="async" class="swiper-slide-image"> <source type="image/avif" data-lazy-srcset
="https://www.drdavidhidalgo.com/wp-content/uploads/2024/02/cornel ...
```

```
<figure class="swiper-slide-inner use-as-background" role="none"> <picture decodi
ng="async" class="swiper-slide-image"> <source type="image/avif" data-lazy-srcset
="https://www.drdavidhidalgo.com/wp-content/uploads/2024/02/facs-1 ...
```

```
<figure class="swiper-slide-inner use-as-background" role="none"> <picture decodi
ng="async" class="swiper-slide-image"> <source type="image/avif" data-lazy-srcset
="https://www.drdavidhidalgo.com/wp-content/uploads/2024/02/new-pr ...
```

```
<figure class="swiper-slide-inner use-as-background" role="none"> <picture decodi
ng="async" class="swiper-slide-image"> <source type="image/avif" data-lazy-srcset
="https://www.drdavidhidalgo.com/wp-content/uploads/2024/02/asps.j ...
```

```
<figure class="swiper-slide-inner use-as-background" role="none"> <picture decodi
ng="async" class="swiper-slide-image"> <source type="image/avif" data-lazy-srcset
="https://www.drdavidhidalgo.com/wp-content/uploads/2024/02/am-boa ...
```

```
<figure class="swiper-slide-inner use-as-background" role="none"> <picture decodi
ng="async" class="swiper-slide-image"> <source type="image/avif" data-lazy-srcset
="https://www.drdavidhidalgo.com/wp-content/uploads/2024/02/neps.j ...
```

```
<figure class="swiper-slide-inner use-as-background" role="none"> <picture decodi
ng="async" class="swiper-slide-image"> <source type="image/avif" data-lazy-srcset
="https://www.drdavidhidalgo.com/wp-content/uploads/2024/02/aaps-1 ...
```

| | | | | | |
|---|---|---|---|---|---|
| 22 | Every "area" element of a "map" tag should be regarded as a standard image and receive an alternative text description using an "alt" attribute. | No | 0 | 0 | |

| | | | | | |
|---|---|---|---|---|---|
| 23 | Small or hidden tracker pixel images (often used for analytics or marketing purposes) should include a "role" attribute that equals to "none" or "presentation" so they are excluded from screen-readers. | No | 0 | 0 | |
| 24 | Form fields should either include an "aria-label" attribute or a connected LABEL element describing the requirement of the field (email, phone, name, etc.). | No | 0 | 0 | |
| 25 | Form elements cannot have the same ID, or else their corresponding label will provide false information. | No | 0 | 0 | |
| 26 | Required form fields should include an "aria-required" attribute that equals to "true" so blind users using screen-readers know their validation. | No | 0 | 0 | |
| 27 | The validity status of every form element must be represented in the code at all times using the "aria-invalid" attributes and the "true/false" values, and change dynamically when the status changes. | No | 0 | 0 | |
| 28 | aria-describedby and aria-labeledby attributes should be connected by ID to an element that either has text description or an "aria-label" attribute. | No | 0 | 0 | |
| 29 | All forms should have a submission button that is built as an input type "submit" or a "button" element, or include a "role" tag that equals to "button". Buttons can be hidden if the form can be submitted using the Enter key. | No | 0 | 0 | |
| 30 | Search forms should include a "role" tag that equals to "search" (or be wrapped by one) to indicate a search landmark for screen-readers. | No | 0 | 0 | |
| 31 | The title tag of the HEAD section (also the title that appears in the browser tab and Search Engine result pages) should exist and describe the name of the current webpage for screen-reader users. | Yes | Pass | - | 100 |

**Successful Elements**

```
<title>David A. Hidalgo MD</title>
```

| | | | | | |
|---|---|---|---|---|---|
| 32 | The HTML tag should include a "lang" attribute that represents the main language of the webpage so screen-readers can calibrate on it for blind users. | Yes | Pass | - | 100 |

**Successful Elements**

```
<html lang="en-US" class="yui3-js-enabled chrome chrome119 acsb-light-contrast" style="overflow-x: hidden; --acsb-keynav:3px;" id="acsb-light-contrast" ><div id="yui3-css-stamp" style="position: absolute !important; visibility: hidden !important" ></ ...
```

| | | | | | |
|---|---|---|---|---|---|
| 33 | The meta viewport tag should allow vision impaired users to pinch-zoom at least double the standard scaling using the user-scalable="yes" and maximum-scale={2 or higher} content strings. | Yes | Pass | - | 100 |

**Successful Elements**

```
<meta name="viewport" content="width=device-width, initial-scale=1">
```

| | | | | | |
|---|---|---|---|---|---|
| 34 | Landmarks such as main content and footer should be built using their corresponding HTML5 element or include a description using an "aria-label" attribute and a "role" tag that equals to "contentinfo" or "main". Landmarks such as search and navigation are tested in other sections. | Yes | 3 | 0 | 100 |

**Successful Elements**

```
<main id="main" class="site-main" role="presentation"> <article class="post-773 page type-page status-publish ast-article-single" id="post-773" itemtype="https://schema.org/CreativeWork" itemscope="itemscope"> <header class="entry-header ast ...
```

```
<footer class="site-footer" id="colophon" itemtype="https://schema.org/WPFooter" itemscope="itemscope" itemid="#colophon" data-acsb-page-footer="true" role="contentinfo" aria-label="Footer"> <div class="site-above-footer-wrap ast-builder-grid-row- ...
```

| | | | | | |
|---|---|---|---|---|---|
| 35 | Font sizes should be at least 11px in size in order to stay readable in the majority of font families. This should be verified also when using dynamic units such as REM or percents. | Yes | Pass | - | 100 |
| 36 | Letter spacing should not be set to below -1px in order to stay readable in the majority of font families. This should be verified also when using dynamic units such as REM or percents. | Yes | Pass | - | 100 |
| 37 | Elements that have texts should meet a minimum contrast ratio of 4.5:1 between their foreground (usually text color) and background color. | Yes | 62 | 0 | 100 |

**Successful Elements**

```
<span itemprop="telephone" style=";background-color:#ffffff!important;color:#000000!important;"> (212) 517-9777</span>
```

```
<div style=";background-color:#ffffff!important;color:#000000!important;"><span itemprop="streetAddress" style=";background-color:#ffffff!important;color:#000000!important;"> New York</span>, <span itemprop="addressRegion" style=";background-col ...
```

```
<span itemprop="streetAddress" style=";background-color:#ffffff!important;color:#000000!important;"> New York</span>
```

```
<span itemprop="addressRegion" style=";background-color:#ffffff!important;color:#000000!important;">NY</span>
```

```
<span itemprop="postalCode" style=";background-color:#ffffff!important;color:#000000!important;">10065</span>
```

```
<span class="menu-text " style=";background-color:#ffffff!important;color:#000000!important;">Home</span>
```

```
<span class="menu-text " style=";background-color:#ffffff!important;color:#000000!important;">Dr. Hidalgo</span>
```

```
<span class="menu-text " style=";background-color:#ffffff!important;color:#000000!important;">Dr. Weinstein</span>
```

```
<span class="menu-text " style=";background-color:#ffffff!important;color:#000000!important;">Office</span>
```

```
<span class="menu-text " style=";background-color:#ffffff!important;color:#000000!important;">Procedures</span>
```

| | | | | | |
|---|---|---|---|---|---|
| 38 | Carousels should include an "aria-label" attribute that equals to "carousel"/"slider" or something else that indicates the functionality, as well as be tagged as a landmark for screen-readers using a "role" tag that equals to "contentinfo". | No | 0 | 0 | |
| 39 | Control elements such as next and previous icons should include an "aria-label" attribute or a screen-reader only text that explains the functionality to screen-readers. | Yes | 2 | 0 | 100 |

**Successful Elements**

```
<a class="slider-prev " href="#" role="button" data-custom-button-processed="true"><span data-="true" " data--position="before" aria-hidden="false" >previous</span><div class="fl-content-slider-svg-container"><svg version="1.1" xmlns="http://www....
```

```
<a class="slider-next " href="#" role="button" data-custom-button-processed="tru
e"><span data-="true" " data--position="before" aria-hidden="false" >next</span><
div class="fl-content-slider-svg-container"><svg version="1.1" xmlns="http://www.
w3.o ...
```

| | | | | | |
|---|---|---|---|---|---|
| **40** | A common accessibility mistake is to treat carousels as live regions using the "aria-live" attribute and the "polite" or the "assertive values. Using this practice will cause screen-readers to cut and skip announcements. | No | 0 | 0 | |
| **41** | Carousel pagination items (usually used as small dots at the bottom of the carousel) should indicate their functionality and slide number they control using an "aria-label" and a screen-reader only text. | No | 0 | 0 | |
| **42** | Tables that are being used as layout structures should include a "role" attribute that equals to "presentation" to indicate to screen-readers that it is not really a table. | No | 0 | 0 | |
| **43** | If nested tables are used (a table element within a table cell), set the nested tables "role" attribute to "presentation". | No | 0 | 0 | |
| **44** | Tables that are missing a THEAD row with TH elements, should include a "role" attribute that equals to "rowheader" on the TD elements of the TR that represents the visual table headings. | No | 0 | 0 | |
| **45** | Visually deleted texts (often used to show a previous price of a sale) should include an "aria-label" attribute or a screen-reader only text that explains this is deleted text. | No | 0 | 0 | |
| **46** | Breadcrumbs main element should include a "role" attribute that equals to "navigation" and an "aria-label" attribute that describes the functionality." | No | 0 | 0 | |
| **47** | Ratings/scores that are represented visually using stars, meters or other indicators should either have an "aria-label" attribute or a screen-reader only texts conveying the score/rate. | No | 0 | 0 | |
| **48** | Making use of an accessibility interface helps to ensure that vision impaired users can adjust some of the UI and the design (font-size, colors, spacing, etc.) to their needs. It is not a compliance requirement, but can help to improve compliance. | Yes | Pass | - | **100** |

| 49 | Iframe elements should include a "title" or an "aria-label" attribute explaining the purpose, the functionality or the destination of the iframe, or be tagged hidden for screen-readers if irrelevant. | No | 0 | 0 |
| --- | --- | --- | --- | --- |