UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIHAL ERKAN, on behalf of herself and all
Others similarly situated,

Docket No. 23-cv-09553

Plaintiffs,

**AFFIRMATION OF SERVICE**

-against-

DAVID A. HIDALGO, M.D., P.C.,

Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK )
                       ) ss.:
COUNTY OF NASSAU )

David S. Feather, being duly sworn, deposes and says:

I am not a party to the foregoing action, am over the age of 18 years, with a business address of 666 Old Country Road, Suite 509 in Garden City, New York. On July 15, 2024, I served the following documents:

**NOTICE OF MOTION**
**AFFIRMATION OF DAVID S. FEATHER IN SUPPORT**
**AFFIDAVIT OF DAVID A. HIDALGO, M.D.**
**AFFIDAVIT OF BRANDON SHAW**
**MEMORANDUM OF LAW IN SUPPORT**

By email addressed to the following person or persons at the addresses set forth below.

Mars Khaimov, Esq.
MARS KHAIMOV LAW, PLLC
100 Duffy Avenue – Suite 510
Hicksville, New York 11801
Email: mars@khaimovlaw.com

_____
DAVID S. FEATHER