UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NIHAL ERKAN, on behalf of herself and all
Others similarly situated,

                      Docket No. 23-cv-09553

                  Plaintiffs,

-against-

DAVID A. HIDALGO, M.D., P.C.,

                  Defendant.
-------------------------------------------------------------X

## REPLY AFFIRMATION OF DAVID S. FEATHER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

DAVID S. FEATHER, being an attorney duly admitted to practice in the Eastern District of New York, hereby declares under penalty of perjury:

1. I am the sole member of Feather Law Firm, P.C., attorneys for Defendant David A. Hidalgo, M.D., P.C. in the above-captioned matter. I submit this Reply Affirmation in support of the Defendant's motion to dismiss Plaintiff's First Amended Complaint.

2. Attached hereto as Exhibit "A" is a true and accurate copy of a printout from the website of the American Academy of Facial Plastic and Reconstructive Surgery, Inc, of facial plastic surgeons within a ten (10) mile radius of Plaintiff's residence.

3. Attached hereto as Exhibit "B" is a true and accurate copy of an unpublished Memorandum and Order in the matter of *Damian Martin v. City Hive, Inc.*, 23-cv-4933 (July 19, 2024).

1

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 4, 2024
       Garden City, New York

                                                   DAVID S. FEATHER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          Docket No. 23-cv-09553

NIHAL ERKAN, on behalf of herself and all
Others similarly situated,

       Plaintiffs,

-against-

DAVID A. HIDALGO, M.D., P.C.,

       Defendant.

## REPLY AFFIRMATION OF DAVID S. FEATHER
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Feather Law Firm, P.C.
*Attorneys for Defendant*
666 Old Country Road, Suite 509
Garden City, New York 11530
(516) 745-9000
fax (516) 908-3930

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated: September 4, 2024*

                 _____
                    David S. Feather