**EXHIBIT A**



# AMERICAN ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY, INC.

Medical Professionals    Industry Partners    Press/Media Partners    **PAY DUES**

Shop   Donate

Home » Find A Surgeon

# Find A Surgeon

With many different types of aesthetic surgeons in practice today, it is important for you to make an informed decision when considering an elective procedure. One of the most confusing issues facing patients when choosing a surgeon is that of board certification. It is important to seek out a surgeon who is board certified in the correct field of

expertise. If you are considering surgery of the face and

# Find A
# Facial Plastic
# Surgeon

Use our interactive search feature to
locate an AAFPRS Member near you

## Physician Search by Zip/Distance

# Physician Search by City, State, Country

# Physician Search by Name

| | |
|---|---|
| **Zip** | 11101 |
| **Max Distance (miles)** | 10 Miles ⌄ |
| | Find |

# FACIAL PLASTIC SURGEON

## Profile





**Steven J. Pearlman, MD**

**Pearlman Aesthetic Surgery**

110 E 60th St.

New York, NY 10022

(212) 223-8300

1 miles away

# FACIAL PLASTIC SURGEON

## Profile





**Adam Schaffner, MD, FACS**

**Plastic Surgery Institute of New York**

590 5th Avenue, Suite 1101

New York, NY 10036-4748

(212) 481-6696

3 miles away

# FACIAL PLASTIC SURGEON
## Profile ✚



**Alexander Ovchinsky, MD**

**Plastic Surgery of Short Hills**

2560 Ocean Ave

Brooklyn, NY 11229-4507

(973) 379-0101

9 miles away

# Facial Plastic Surgeon



### Yael Halaas, MD
### Yael Halaas MD Facial Plastic & Reconstructive Surgery

120 E. 56th St.

New York, NY 10022

(212) 688-5955

1 miles away

# Facial Plastic Surgeon



### Philip J. Miller, MD, FACS
### Gotham Plastic Surgery PLLC

60 E 56th St

New York, NY 10022

(646) 791-3025

1 miles away

# Facial Plastic Surgeon



**Jeffrey S. Epstein, MD, FACS**

**University of Miami**

635 Madison Avenue

New York, NY 10022

(305) 666-1774

1 miles away

# Facial Plastic Surgeon



## Peter D. Costantino, MD

## Brain Spine Surgeons of New York

110 East 59th Street
New York, NY 10022
(914) 517-8056

1 miles away

# Facial Plastic Surgeon



**Judy W. Lee, MD**

New York University
New York, NY 10017
(646) 501-7906

1 miles away

# Facial Plastic Surgeon



## Moustafa Walid Mourad, MD

923 5th Ave
New York, NY 10021-2681
212-832-0444

2 miles away

# Facial Plastic Surgeon



**Rakhna Araslanova, MD**

923 5th Ave
New York, NY 10021
(212) 444-8006

2 miles away

# Facial Plastic Surgeon



**Hardik K. Doshi, MD**
**Doshi Plastic Surgery**
215 East 72nd

New York, NY 10021

(516) 667-1320

2 miles away

# Facial Plastic Surgeon



**Mingyang Liu Gray, MD**

**Icahn School of Medicine At Mount Sinai**

233 E. 70th St.

New York, NY 10021-5227

(917) 685-0356

2 miles away

# Facial Plastic Surgeon



**Lee Ann Klausner, MD, FACS**

**Lee Ann M. Klausner, MD, PLLC**

1050 Park Ave

New York, NY 10021

(212) 288-1011

2 miles away

## Facial Plastic Surgeon



**Jennifer Levine, MD**

**Jennifer Levine, MD**

240 E. 79th St.

New York, NY 10021

(212) 517-9400

2 miles away

## Facial Plastic Surgeon



**Thomas Romo, III, MD, FACS**

**Romo Plastic Surgery**

135 E 74th St.

New York, NY 10021-3272

(212) 288-1500

2 miles away

## Facial Plastic Surgeon



**George Yang, MD**

**Millennium Facial Plastic Surgery, PLLC**

132 E 76th St.

New York, NY 10021-2850

(212) 787-7188

2 miles away

# Facial Plastic Surgeon



## Ioannis P. Glavas, MD, FACS
## Ioannis P. Glavas, MD, PLLC

210 East 64th Street

New York, NY 10021

(617) 725-1921

*2 miles away*

# Facial Plastic Surgeon



## Norma Bacilious, MD

905 Fifth Avenue

New York, NY 10021-4156

(212) 737-9200

2 miles away

# Facial Plastic Surgeon



**Anthony P. Sclafani, MD, MBA, FACS**
**NY Presbyterian- Weill Cornell Medical Center**

Weill Greenberg Center
New York, NY 10021
(646) 962-2285

2 miles away

# Facial Plastic Surgeon



**Shari D. Reitzen-Bastidas, MD**

715 Park Avenue
New York, NY 10021
347-557-8368

*2 miles away*

# Facial Plastic Surgeon



**George S. Ferzli, MD**
**Ferzli Facial Plastic Surgery**
135 East 74th Street
New York, NY 10021
(212) 475-8100

*2 miles away*

# Facial Plastic Surgeon



**Benjamin Curman Paul, MD**

225 E. 64th St
New York, NY 10065
212-832-8595

2 miles away

# Facial Plastic Surgeon



**David B. Rosenberg, MD**

225 East 64th St.
New York, NY 10065
(212) 832-8595

2 miles away

# Facial Plastic Surgeon



## W. Matthew White, MD
## W. Matthew White, MD, PLLC

800A Fifth Avenue

New York, NY 10065

(646) 957-7207

2 miles away

# Facial Plastic Surgeon



## A. Joshua Zimm, MD, PC
## A. Joshua Zimm M.D., P.C

800A 5th Ave.

New York, NY 10065

(212) 327-4600

2 miles away

# Facial Plastic Surgeon



### Jonathan Harounian, MD

115 E 61st St
New York, NY 10065-8185
(212) 444-8006

2 miles away

# Facial Plastic Surgeon



### Maurice M. Khosh, MD

580 Park Ave
New York, NY 10065
212-339-9988

*2 miles away*

# Facial Plastic Surgeon



**W. Matthew White, MD**

**W. Matthew White, MD, PLLC**

800A 5th Ave

New York, NY 10065-7215

(646) 957-7207

*2 miles away*

# Facial Plastic Surgeon



**Dara Liotta, MD**

521 Park Avenue
New York, NY 10065
(212) 750-1020

2 miles away

# Facial Plastic Surgeon



**Andrew Angelo Jacono, MD**

630 Park Ave
New York, NY 10065-6544
(212) 570-2500

2 miles away

# Facial Plastic Surgeon



## Dilip D. Madnani, MD
## Madnani Facial Plastics

800 A 5th Ave

New York, NY 10065

(631) 318-4008

2 miles away

# Facial Plastic Surgeon



## Konstantin Vasyukevich, MD

59 E 79th St.

New York, NY 10075-0258

(212) 380-3634

2 miles away

# Facial Plastic Surgeon



**Danielle F. Eytan, MD**

**NYU Grossman School of Medicine**

222 E.41st Street

New York, NY 10016-7213

410-955-1932

2 miles away

# Facial Plastic Surgeon



**Joshua D. Rosenberg, MD**
**Icahn School of Medicine At Mount Sinai**

234 East 85th Street
New York, NY 10028
(212) 241-9410

*2 miles away*

# Facial Plastic Surgeon



**Marissa Lafer, MD**

940 Park Ave
New York, NY 10028
(212) 486-1010

*2 miles away*

# Facial Plastic Surgeon



## Guy Lin, MD

## ENT and ALLERGY, LLP

210 E. 86th Street

New York, NY 10028

(212) 722-5570

*2 miles away*

# Facial Plastic Surgeon



## David R. Edelstein, MD

## Manhattan Eye, Ear and Throat Hospital

1421 3rd Ave

New York, NY 10028-1802

(212) 452-1500

2 miles away

# Facial Plastic Surgeon



**Grigoriy Mashkevich, MD**
**Specialty Aesthetic Surgery**
925 Park Ave
New York, NY 10028
(212) 737-8700

2 miles away

# Facial Plastic Surgeon



**Samieh Rizk, MD**

1040 Park Ave.
New York, NY 10028
(212) 452-3362

2 miles away

# Facial Plastic Surgeon



**Robert A. Guida, MD**

1175 Park Ave.
New York, NY 10028-1211
(212)871-0900

2 miles away

# Facial Plastic Surgeon



**Lesley Alexandra Rabach, MD**

940 Park Avenue
New York, NY 10028-0311
(917) 203-1837

2 miles away

# Facial Plastic Surgeon



**Norman J. Pastorek, MD**
**New York Presbyterian Hospital/Cornell Division of FPS, Dept of Oto**
1127 Park Ave.
New York, NY 10128
212-987-4700

2 miles away

# Facial Plastic Surgeon



**Richard W. Westreich, MD**

**SUNY-Downstate**

4 East 88th Street

New York, NY 10128

(212) 595-1922

2 miles away

# Facial Plastic Surgeon



**Lesley Alexandra Rabach, MD**

33 5th Ave

New York, NY 10003-4377

(917) 203-1837

3 miles away

# Facial Plastic Surgeon



## Matthew Wayne Shawl, MD, MPH

853 Broadway
New York, NY 10003-4720
(212) 787-6900

3 miles away

# Facial Plastic Surgeon



**Masoud Saman, MD**

**Saman Facial Plastic Surgery, PLLC**

240 Central Park S

New York, NY 10019-1435

(212) 597-2257

3 miles away

# Facial Plastic Surgeon



**Oscar Trujillo, MD**

**Columbia University**

21 West End Ave

New York, NY 10023

(301) 814-5525

3 miles away

# Facial Plastic Surgeon



# Michael Robert Shohet, MD

620 Columbus Ave
New York, NY 10024
(212) 600-9411

*3 miles away*

# Facial Plastic Surgeon



**Teresa Min-Jung O, MD**
**Manhattan Eye, Ear, Throat & Lenox Hill**
100 Riverside Blvd
New York, NY 10069-0401
(212) 434-4050

*3 miles away*

# Facial Plastic Surgeon



**Shari D. Reitzen-Bastidas, MD**

225 Broadway
NY, NY 10007
347-557-8368

4 miles away

# Facial Plastic Surgeon



**Sydney Butts, MD**
**SUNY Downstate Medical Center**
185 Montague Street
Brooklyn, NY 11201
(718) 780-1498

4 miles away

# Facial Plastic Surgeon



## Richard W. Westreich, MD
### SUNY-Downstate

185 Montague Street

Brooklyn, NY 11201

(212) 595-1922

4 miles away

# Facial Plastic Surgeon



## Renata Khelemsky, MD
### Renata Khelemsky, MD, PLLC

58 Prospect Street

Brooklyn, NY 11201

(646) 558-3757

*4 miles away*

# Facial Plastic Surgeon



**Grigoriy Mashkevich, MD**
**Specialty Aesthetic Surgery**

108-12 72nd Ave

Forest Hills, NY 11375

(212) 737-8700

*4 miles away*

# Facial Plastic Surgeon



**David A. Seidman, MD**

116-24 Metropolitan Ave

Kew Gardens, NY 11418-1031

(914) 643-0087

6 miles away

## Facial Plastic Surgeon



**Srinivasan Krishna, MD FACS**

**BronxCare Hospital System**

1650 Selwyn Ave

Bronx, NY 10457

(718) 518-5033

7 miles away

## Facial Plastic Surgeon



## Geoffrey W. Tobias, MD
## Mount Sinai Clinical

Englewood Hospital and Medical Center

Englewood Cliffs, NJ 07632

(201) 567-6770

9 miles away

Show 20

    

**Medical Professionals**

Membership Information

Fellowship Program

Code Of Ethics

Surgical Videos

Resources

**AAFPRS Foundation**

About The Foundation

Educational Meetings

FACE TO FACE

Research Center

Archives

## AAFPRS CONNECT

Meeting Evaluations

Surgical Videos

Facial Plastic Times

Continuing Education

Job Opportunities

## Industry Partners

Exhibiting Opportunities

Sponsorship Opportunities

Advertising Opportunities

Buyer's Guide

## Press and Media

Press Releases

Media Contact

In The News

Humanitarian Programs

Statistics

**Consumers**  |  **Facial Plastic & Reconstructive Procedures**  |  **News & Patient Safety**

## Affiliated Organizations
American Board of Facial Plastic and Reconstructive Surgery
Accreditation Council for Post-Residency Specialty Education
International Federation of Facial Plastic Surgery Societies

Terms Of Use    |    Privacy Policy    |    Contact Us

© Copyright 2019 American Academy of Facial Plastic and Reconstructive Surgery (AAFPRS). All Rights Reserved.
310 S. Henry Street  |  Alexandria, Virginia 22314 |  (703) 299-9291  |  E-mail: info@aafprs.org