UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIHAL ERKAN, on behalf of herself and all
Others similarly situated,

        Docket No. 23-cv-09553

        Plaintiffs,

        **AFFIRMATION OF SERVICE**

-against-

DAVID A. HIDALGO, M.D., P.C.,

        Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NASSAU )

David S. Feather, being duly sworn, deposes and says:

I am not a party to the foregoing action, am over the age of 18 years, with a business address of 666 Old Country Road, Suite 509 in Garden City, New York. On September 4, 2024, I served the following documents:

**REPLY AFFIRMATION OF DAVID S. FEATHER IN SUPPORT**
**REPLY AFFIDAVIT OF BRANDON SHAW**
**REPLY MEMORANDUM OF LAW IN SUPPORT**

By email addressed to the following person or persons at the addresses set forth below.

Mars Khaimov, Esq.
MARS KHAIMOV LAW, PLLC
100 Duffy Avenue – Suite 510
Hicksville, New York 11801
Email: mars@khaimovlaw.com

DAVID S. FEATHER