UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NIHAL ERKAN, on behalf of herself and all others similarly situated,

               Plaintiff,                       JUDGMENT
                                                        23-CV-9553 (FB)

              -against-

DAVID A. HIDALGO, M.D., P.C.,

               Defendant.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 21, 2025, granting Defendant's motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(1); it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(1) is granted.

Dated: Brooklyn, NY                                  Brenna B. Mahoney
       January 22, 2025                               Clerk of Court

                                                                By: */s/Jalitza Poveda*
                                                                        Deputy Clerk